**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00346-CR
No. 05-14-00347-CR

**MICHAEL KENNEDY LOUIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-10013-Q, F13-52531-Q**

## ORDER
Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE